AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| **KYLE NEUMANN** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00915-JRS-MJD |
| | ) | |
| **CITY OF MUNCIE, CITY OF MUNCIE POLICE DEPARTMENT** | ) ) ) | |
| **And** | ) | |
| **OFFICERS JON HENDERSON and MAVERICK RASTAKHIZ** | ) ) ) | |
| | ) | |
| *Defendants* | ) ) | |

**APPEARANCE OF ALEX M. BEEMAN**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   **Kyle Neumann**                                                                                                   .

Date: 03/20/2020

/s/Alex M. Beeman
*Attorney's signature*

Alex M. Beeman #31222-49
*Printed name and bar number*

College Park Paza
8909 Purude Road,
Suite 200 Indianapolis,
Indiana  46268
*Address*

abeeman@reminger.com
*E-mail address*

317-663-8570
*Telephone number*

317-228-0943
*FAX number*