AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**KYLE NEUMANN**                                                     )
                        *Plaintiff*                                  )
                 v.                                                  )   Case No.
                                                                     )
**CITY OF MUNCIE POLICE DEPARTMENT**

**And**
**OFFICERS JON HENDERSON and**
**MAVERICK RASTAKHIZ**

                        *Defendant*                                  )

## APPEARANCE OF MARK R. McKINNEY

To:     The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   **Kyle Neumann**                                                                                          .

Date: 03/20/2020                         /s/ Mark R. McKinney
                                                *Attorney's signature*

                                         Mark R. McKinney #16125-18
                                                *Printed name and bar number*

                                         201 North High Street
                                         Muncie, Indiana 47305
                                                *Address*

                                         mark@mandmlegal.com
                                                *E-mail address*

                                         765-896-8964
                                                *Telephone number*

                                         765-896-9298
                                                *FAX number*